UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
IN DEFENSE OF ANIMALS, *et al.*,        )
                                        )
            Plaintiffs,                 )
                                        )
    v.                                  )        Civil Action No. 09-2222 (PLF)
                                        )
KEN SALAZAR, *et al.*,                  )
                                        )
            Defendants.                 )
_____ )

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that [40] [41] [42] [43] the pending cross-motions for summary

judgment are DENIED; and it is

FURTHER ORDERED that plaintiffs' complaint is DISMISSED for lack of

subject matter jurisdiction. The Clerk of the Court shall remove this case from the docket of the

Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.


                                    /s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Judge
DATE: May 24, 2010